IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ZACHARY CASEY and AMY CONNER                                    PLAINTIFFS

VS.                                        CIVIL ACTION NO. 3:06cv633 TSL-LRA

JOHN W. LANGE, et al.                                           DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge entered in this cause on September 5, 2007, and the court, after a full review of the record, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this matter should be dismissed without prejudice due to plaintiffs' failure to prosecute or to comply with previous court orders issued in this cause.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described action be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 1st day of October, 2007.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE